AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN        District of        MICHIGAN

K & R INDUSTRIES, INC.

V.

ONTEL PRODUCTS CORP.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-74055

VICTORIA A. ROBERTS

MAGISTRATE JUDGE CAPEL

FILED OCT 25 P 3: 11

TO: (Name and address of Defendant)

Ontel Products Corporation
21 Law Drive, 1st Floor
Fairfield, NJ 07004
Phone: (973) 439-9035

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric C. Grimm (P58990)
Calligaro & Meyering, P.C.
20600 Eureka Road, Ste 900
Taylor, MI 48180
734.283.2727
Fax: 734.246.8635

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DAVID J. WEAVER

CLERK

(By) DEPUTY CLERK

DATE: OCT 18 2004

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE OCTOBER 21, 20204 |
| NAME OF SERVER (PRINT) Sandra M. Lybik | TITLE Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): **Defendant Ontel Products Corp. has authorized their attorney, Roger A. Colaizzi to accept service on their behalf and he has accepted Summons on Ontel's behalf.**

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES VIA UPS Overnight | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  **10/21/04**
             Date

*Signature of Server* /s/ Sandra M. Lybik

**20600 Eureka Road, Suite 900**
**Taylor, MI   48180**
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.