# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION



K AND R INDUSTRIES INC.,
    Plaintiff(s),

v.

ONTEL PRODUCTS CORPORATION ET AL,
    Defendant(s).
_____/

CASE NUMBER: 04-74055

HONORABLE VICTORIA A. ROBERTS

MAGISTRATE JUDGE WALLACE CAPEL, JR.

## ORDER REGARDING REASSIGNMENT OF COMPANION CASE

This case appears to be a companion case to **04-72297**. Pursuant to **LR 83.11**, the Clerk is directed to reassign this case to the docket of the HONORABLE JOHN FEIKENS and MAGISTRATE JUDGE DONALD A. SCHEER.

_____
VICTORIA A. ROBERTS
UNITED STATES DISTRICT JUDGE

_____
JOHN FEIKENS
UNITED STATES DISTRICT JUDGE

Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers. Please indicate the appropriate case type: **CIVIL**.

If the District Judge assigned to the companion case is located at another place of holding court, the new case number is _____.

Date: NOV - 4 2004

_____
Deputy Clerk

cc: Counsel of Record
    Receiving Judge