F I L E D
NOV 29 2004
CLERK'S OFFICE
DETROIT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

K AND R INDUSTRIES INC.,

        Plaintiff,

v.

        C.A. No. 04-74055

ONTEL PRODUCTS CORPORATION,
et al.

        Hon. John Feikens
        United States District Judge

        Hon. Donald A. Scheer
        Defendants.        United States Magistrate Judge

## ORDER OF DISMISSAL WITH PREJUDICE

At the request of the parties, as reflected by the signatures of counsel below,

It is hereby ordered that this action in its entirety is dismissed, with prejudice, and without costs.

Dated: November ___, 2004      NOV 29 2004

_____
Hon. John Feikens
United States District Judge

We stipulate to and request entry of this Order:

Calligaro & Meyering, P.C.

By: _____
Eric C. Grimm (P68990)
20600 Eureka Road, Suite 900
Taylor, MI  48180
(734) 283-2727
Attorneys for Plaintiff
K and R Industries, Inc.

Butzel Long

By: _____
John H. Dudley, Jr. (P12992)
150 W. Jefferson, Suite 100
Detroit, MI 48226
(313) 225-7000
Attorneys for Defendant Ontel Products Corporation
and Defendant Ashok Khubani